IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FREDY SALVADOR ALCARAZ MENDOZA,<br><br>    Defendant. | 4:14-CR-3025<br><br>ORDER |

    Counsel has represented to the Court that the defendant intends to change his plea. Therefore, this case is removed from the trial docket. The parties are directed to schedule a change of plea hearing as soon as is practicable.

    The time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1).

    Dated this 3rd day of April, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge