IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FREDY SALVADOR ALCARAZ MENDOZA,<br><br>                Defendant. | 4:14-CR-3025<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Change of Plea Hearing (filing 110) is granted.

2. Defendant Fredy Salvador Alcaraz Mendoza's change of plea hearing is continued to Thursday, May 28, 2015, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

3. The time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes.

Dated this 11th day of May, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge